UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.  8:26 cr 070 |
| | : | |
| **Plaintiff,** | : | I N D I C T M E N T |
| | : | |
| **v.** | : | 18 U.S.C. § 922(g)(1) |
| | : | 21 U.S.C. § 841(a)(1) |
| **1. ANTHONY FRANKLIN** | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. § 851 |
| **2. DERRICK PHILLIPS,** | : | FORFEITURE |
| | : | |
| **Defendants.** | : | |

MICHAEL J. NEWMAN

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

Between a beginning date unknown, but at least by in or around March 2026, and on or about June 10, 2026, in the Southern District of Ohio, defendants **ANTHONY FRANKLIN, DERRICK PHILLIPS,** and others unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute a controlled substance – namely, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (hereinafter "fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Page **1** of **9**

The Grand Jury further alleges that defendant **ANTHONY FRANKLIN** committed the violation alleged in Count One after a prior conviction for a serious drug felony had become final, namely, on or about October 17, 2023, (with written judgment filed on or about November 15, 2023), in the United States District Court for the Southern District of Ohio, Case No. 3:19CR165(1), defendant **ANTHONY FRANKLIN** was convicted of conspiracy to possess with intent to distribute and to distribute, among other things, 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), for which he was sentenced to a term of imprisonment exceeding 12 months.

All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 851.

## COUNTS TWO THROUGH FIVE

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)&(C)]

On or about the dates below (with each date constituting a separate count herein), in the Southern District of Ohio, the defendant(s) identified below knowingly and intentionally distributed the following controlled substances:

| COUNT | DEFENDANT(S) | DATE | CONTROLLED SUBSTANCE |
|---|---|---|---|
| TWO | **ANTHONY FRANKLIN** | 3/27/2026 | a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |
| THREE | **ANTHONY FRANKLIN** | 4/2/2026 | a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance |
| FOUR | **ANTHONY FRANKLIN** | 6/10/2026 | 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |
| FIVE | **ANTHONY FRANKLIN DERRICK PHILLIPS** | 6/10/2026 | 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |

The Grand Jury further alleges that defendant **ANTHONY FRANKLIN** committed the violations alleged in Counts Four and Five after a prior conviction for a serious drug felony had become final, namely, on or about October 17, 2023, (with written judgment filed on or about November 15, 2023), in the United States District Court for the Southern District of Ohio,

Page **3** of **9**

Case No. 3:19CR165(1), defendant **ANTHONY FRANKLIN** was convicted of conspiracy to possess with intent to distribute and to distribute, among other things, 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), for which he was sentenced to a term of imprisonment exceeding 12 months.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)&(C), 851, and Title 18, United States Code Section 2.

COUNTS SIX THROUGH SEVEN

[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)&(C)]

On or about the dates below (with each date constituting a separate count herein), in the Southern District of Ohio, the defendant(s) identified below knowingly and intentionally possessed with intent to distribute the following controlled substances:

| COUNT | DEFENDANT(S) | DATE | CONTROLLED SUBSTANCE |
|-------|--------------|------|----------------------|
| SIX | **ANTHONY FRANKLIN** | 6/10/2026 | a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |
| SEVEN | **DERRICK PHILLIPS** | 6/10/2026 | 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance |

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)&(C).

COUNTS EIGHT THROUGH NINE

[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about the dates below (with each date constituting a separate count herein), in the Southern District of Ohio, the defendant identified in each count, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce:

| COUNT | DEFENDANT | DATE |
|-------|-----------|------|
| EIGHT | **ANTHONY FRANKLIN** | 6/10/2026 |
| NINE | **DERRICK PHILLIPS** | 6/10/2026 |

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE ALLEGATION ONE

Upon conviction of the offense set forth in Counts One through Six of this Indictment, defendant **ANTHONY FRANKLIN** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

FORFEITURE ALLEGATION TWO

Upon conviction of the offense set forth in Counts One, Five, or Seven of this Indictment, defendant **DERRICK PHILLIPS** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

FORFEITURE ALLEGATION THREE

Upon conviction of any of the offenses set forth in this Indictment, defendants **ANTHONY FRANKLIN** and **DERRICK PHILLIPS** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL

S/

Foreperson


DOMINICK S. GERACE II
United States Attorney


ROBERT G. PAINTER
BRENT G. TABACCHI
Assistant United States Attorney